IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM RYANS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-7154 |
| | : | |
| FEDERAL RESERVE BANK OF PHILADELPHIA | : : | |

## **ORDER**

AND NOW, this 27th day of February, 2013, for the reasons set forth in the accompanying memorandum, it is ORDERED Defendant Federal Reserve Bank of Philadelphia's Motion for Summary Judgment (Document 30) is GRANTED. Judgment is entered in favor of Federal Reserve Bank of Philadelphia and against Plaintiff Kim Ryans on all counts of the Amended Complaint.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.